**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charles E. Granda Jr.                 CHAPTER 13
        Kirsten Aimee Granda
             Debtor(s)                BKY. NO. 24-10467 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                      /s/ *Michael Farrington*
                                      Michael Farrington
                                      28 Feb 2024, 11:44:11, EST

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322