*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles E. Granda, Jr. and Kirsten
Aimee Granda
    Debtor(s)                                            Case No: 24−10467−pmm

Chapter: 13

_____

*NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 6/20/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

                                                                                        For The Court

                                                                                        Timothy B. McGrath
                                                                                        Clerk of Court