United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10467-pmm
Charles E. Granda, Jr.  Chapter 13
Kirsten Aimee Granda
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Mar 21, 2024     Form ID: 152     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles E. Granda, Jr., Kirsten Aimee Granda, 308 Chestnut Street, Pen Argyl, PA 18072-1908 |
| 14854599 | + | Americredit/GM Financial, PO Box 849, Wilson, NC 27894-0849 |
| 14854603 | + | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 14859785 | + | Lakeview Loan Servicing, LLC., C/O Michael Patrick Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 22 2024 00:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2024 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14854597 | + | Email/Text: BankruptcyNotices@Achieve.com | Mar 22 2024 00:40:00 | Achieve Personal Loans, 1875 S Grant St - Ste 400, San Mateo, CA 94402-2676 |
| 14854598 | + | Email/Text: backoffice@affirm.com | Mar 22 2024 00:40:00 | Affirm Inc, 650 California St - FL 12, San Francisco, CA 94108-2716 |
| 14856531 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 22 2024 00:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14858227 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 22 2024 00:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, C/O Mandy Youngblood, PO Box 183853, Arlington, TX 76096-3853 |
| 14854600 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2024 00:39:20 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14854602 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 22 2024 00:40:00 | Dept of Ed/NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14854601 | | Email/Text: BNSFN@capitalsvcs.com | Mar 22 2024 00:40:00 | CCS/First National Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14854604 | ^ | MEBN | Mar 22 2024 00:33:34 | Flagstar Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14854605 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2024 00:40:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14859981 | ^ | MEBN | Mar 22 2024 00:33:22 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14854606 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 152 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 22 2024 00:50:00 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14861005 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2024 00:39:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854607 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 22 2024 00:49:57 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14854608 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2024 00:40:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14854609 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 22 2024 00:39:17 | Ollo/CWS, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 14854610 | | Email/Text: signed.order@pfwattorneys.com | Mar 22 2024 00:40:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14854611 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 00:39:20 | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 14854612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 00:39:46 | SYNCB/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 14854613 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 00:39:45 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 14854614 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 00:49:59 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14854615 | + | Email/Text: bncmail@w-legal.com | Mar 22 2024 00:40:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14861224 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 22 2024 00:40:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14854616 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 22 2024 00:39:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 14854617 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 22 2024 00:40:00 | WebBank/FingerHut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024         Signature:    /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Mar 21, 2024 | Form ID: 152 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Kirsten Aimee Granda claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Charles E. Granda Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Charles E. Granda, Jr. and Kirsten
Aimee Granda
    Debtor(s)                                    Case No: 24−10467−pmm
                                                               Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 6/20/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

                                                                 For The Court

                                                                 Timothy B. McGrath
                                                                 Clerk of Court