| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-10467-PMM**

Charles E. Granda, Jr.
Kirsten Aimee Granda
308 Chestnut Street
Pen Argyl  PA    18072

Petition Filed Date: 02/12/2024
341 Hearing Date: 04/23/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/01/2024 | $300.00 | | 03/08/2024 | $300.00 | | 03/15/2024 | $300.00 | |
| 03/22/2024 | $300.00 | | 04/01/2024 | $300.00 | | 04/19/2024 | $475.00 | |
| 05/03/2024 | $475.00 | | 05/20/2024 | $250.00 | | 05/24/2024 | $250.00 | |
| 06/07/2024 | $250.00 | | 06/28/2024 | $70.00 | | 07/01/2024 | $255.00 | |
| 07/09/2024 | $255.00 | | 07/15/2024 | $255.00 | | 07/26/2024 | $300.00 | |

**Total Receipts for the Period: $4,335.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,935.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,738.00 | $0.00 | $2,738.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES »» 001 | Secured Creditors | $357.43 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $2,888.84 | $0.00 | $0.00 |
| 3 | US DEPARTMENT OF EDUCATION »» 003 | Unsecured Creditors | $50,616.95 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $843.06 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $1,268.08 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $499.00 | $0.00 | $0.00 |
| 7 | ACHIEVE PERSONAL LOANS »» 007 | Unsecured Creditors | $8,363.79 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $1,580.38 | $0.00 | $0.00 |
| 9 | FLAGSTAR BANK »» 009 | Mortgage Arrears | $10,234.19 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,602.80 | $0.00 | $0.00 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $742.72 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $452.38 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK »» 013 | Unsecured Creditors | $721.70 | $0.00 | $0.00 |
| 14 | KEYSTONE COLLECTIONS GROUP »» 014 | Unsecured Creditors | $2,588.06 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $4,935.00 | Current Monthly Payment: | $621.00 |
| Paid to Claims: | $0.00 | Arrearages: | $321.00 |
| Paid to Trustee: | $493.50 | Total Plan Base: | $38,790.00 |
| Funds on Hand: | $4,441.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.