United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10467-pmm

Charles E. Granda, Jr.  Chapter 13

Kirsten Aimee Granda

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Oct 31, 2024     Form ID: 155     Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles E. Granda, Jr., Kirsten Aimee Granda, 308 Chestnut Street, Pen Argyl, PA 18072-1908 |
| 14867294 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 14854599 | + | Americredit/GM Financial, PO Box 849, Wilson, NC 27894-0849 |
| 14859785 | + | Lakeview Loan Servicing, LLC., C/O Michael Patrick Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14854597 | + | Email/Text: BankruptcyNotices@Achieve.com | Nov 01 2024 00:09:00 | Achieve Personal Loans, 1875 S Grant St - Ste 400, San Mateo, CA 94402-2676 |
| 14854598 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 01 2024 00:25:18 | Affirm Inc, 650 California St - FL 12, San Francisco, CA 94108-2716 |
| 14856531 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 01 2024 00:09:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14858227 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 01 2024 00:09:00 | AmeriCredit Financial Services, Inc. dba GM Financ, C/O Mandy Youngblood, PO Box 183853, Arlington, TX 76096-3853 |
| 14854600 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2024 00:25:14 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14854602 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 01 2024 00:09:00 | Dept of Ed/NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14854601 | | Email/Text: BNSFN@capitalsvcs.com | Nov 01 2024 00:09:00 | CCS/First National Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14854603 | + | Email/Text: debtres@firstcomcu.org | Nov 01 2024 00:09:00 | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 14854604 | ^ | MEBN | Nov 01 2024 00:07:35 | Flagstar Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14873753 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 01 2024 00:09:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14854605 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 01 2024 00:08:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14859981 | ^ | MEBN | Nov 01 2024 00:07:13 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14854606 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:23:17 | LVNV Funding LLC, PO Box 1269, Greenville, |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 35

| | | | | |
|---|---|---|---|---|
| | | | | SC 29602-1269 |
| 14861005 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:23:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854607 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2024 00:23:14 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14854608 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2024 00:09:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14869013 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2024 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14854609 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2024 00:24:11 | Ollo/CWS, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 14875797 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2024 00:23:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14854610 | | Email/Text: signed.order@pfwattorneys.com | Nov 01 2024 00:09:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14898614 | + | Email/Text: Bankruptcy@keystonecollects.com | Nov 01 2024 00:09:00 | Pen Argyl Area School District / Pen Argyl Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14854611 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2024 00:23:23 | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 14854612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2024 00:23:13 | SYNCB/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 14854613 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2024 00:24:29 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 14854614 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2024 00:24:29 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14876243 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:25:28 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14854615 | + | Email/Text: bncmail@w-legal.com | Nov 01 2024 00:09:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14861224 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 01 2024 00:09:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14874888 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:23:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14854616 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 01 2024 00:08:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 14854617 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 01 2024 00:09:00 | WebBank/FingerHut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Kirsten Aimee Granda claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Charles E. Granda Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Charles E. Granda Jr. ) Case No. 24−10467−pmm
)
)
   Kirsten Aimee Granda ) Chapter: 13
)
   Debtor(s). )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 31, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court