| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-10467-PMM**

Charles E. Granda, Jr.  
Kirsten Aimee Granda  
308 Chestnut Street  
Pen Argyl  PA   18072

Petition Filed Date: 02/12/2024  
341 Hearing Date: 04/23/2024  
Confirmation Date: 10/31/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $300.00 | | 08/09/2024 | $300.00 | | 08/30/2024 | $350.00 | |
| 09/13/2024 | $350.00 | | 10/11/2024 | $250.00 | | 10/24/2024 | $350.00 | |
| 11/07/2024 | $350.00 | | 11/21/2024 | $350.00 | | 12/06/2024 | $350.00 | |
| 01/02/2025 | $310.00 | | 01/10/2025 | $310.00 | | 01/31/2025 | $200.00 | |
| 02/14/2025 | $300.00 | | 02/27/2025 | $310.00 | | 03/13/2025 | $310.00 | |
| 03/27/2025 | $310.00 | | 04/10/2025 | $310.00 | | 04/24/2025 | $310.00 | |
| 05/08/2025 | $310.00 | | 05/22/2025 | $310.00 | | 06/05/2025 | $310.00 | |
| 06/20/2025 | $310.00 | | 07/03/2025 | $310.00 | | 07/17/2025 | $310.00 | |
| 07/31/2025 | $310.00 | | | | | | | |

**Total Receipts for the Period: $7,790.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,745.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,738.00 | $2,738.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $357.43 | $291.23 | $66.20 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,888.84 | $0.00 | $2,888.84 |
| 3 | US DEPARTMENT OF EDUCATION<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $843.06 | $0.00 | $843.06 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,268.08 | $0.00 | $1,268.08 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $499.00 | $0.00 | $499.00 |
| 7 | ACHIEVE PERSONAL LOANS<br>»» 007 | Unsecured Creditors | $8,363.79 | $0.00 | $8,363.79 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $1,580.38 | $0.00 | $1,580.38 |
| 9 | NATIONSTAR MORTGAGE LLC<br>»» 009 | Mortgage Arrears | $10,234.19 | $8,338.77 | $1,895.42 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,602.80 | $0.00 | $1,602.80 |
| 11 | AMERICAN INFOSOURCE LP<br>»» 011 | Unsecured Creditors | $742.72 | $0.00 | $742.72 |

**Chapter 13 Case No. 24-10467-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $452.38 | $0.00 | $452.38 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $721.70 | $0.00 | $721.70 |
| 14 | KEYSTONE COLLECTIONS GROUP<br>»» 014 | Unsecured Creditors | $2,588.06 | $0.00 | $2,588.06 |
| 15 | FIRST COMMONWEALTH FCU | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CCS/FIRST NATIONAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MERRICK BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | OLLO/CWS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB/JCPENNY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | SYNCB/PPC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCB/WALMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | TD BANK/TARGET CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | WEBBANK/FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,745.00 | Current Monthly Payment: | $621.00 |
| Paid to Claims: | $11,368.00 | Arrearages: | ($37.00) |
| Paid to Trustee: | $1,084.05 | Total Plan Base: | $38,790.00 |
| Funds on Hand: | $292.95 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.