IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:

CHARLES E. GRANDA, JR.
KIRSTEN AIMEE GRANDA

Bankruptcy No.: 24-10467  (PMM)
Chapter: 13

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears as counsel for AmeriCredit Financial Services, Inc. dba GM Financial a creditor and party in interest, and that  under  Rules  2002 and  9007  of  the Federal Rules of  Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local  Rules of  Bankruptcy  Rules  for this District ("Local  Bankruptcy Rules"), hereby requests that all notice  given  or required to be given, and all papers and pleadings  filed  or served or required to be served, in  this case, be given to or  served upon:

William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Fax (856) 330-6207
wcraig@egalawfirm.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules and  Local Bankruptcy Rules but also, without limitation, orders and  notices  of  any application, motions, petitions, pleadings, request, complaints or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, or that all prior requests are terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

/s/ William E. Craig, Esq.
Eisenberg, Gold & Agrawal, P.C.
**By: William E. Craig, Esquire**
Bar I.D. No. 92329
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
AmeriCredit Financial Services,
Inc. dba GM Financial