UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Charles E. Granda, Jr. and          :          Chapter 13
      Kirsten Aimee Granda,                     :
          Debtors                            :
                            :          Case No.   24-10467-pmm
                            :
                            :

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #41, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #43);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1.  On or before July 30, 2026, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2.  Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

06/30/2026

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE