IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: CHARLES E. GRANDA, JR. | ) | |
| KIRSTEN AIMEE GRANDA | ) | CHAPTER 13 |
| **Debtor(s)** | ) | |
| | ) | CASE NO. 24-10467-PMM |
| AMERICREDIT FINANCIAL SERVICES, INC. | ) | |
| dba GM FINANCIAL | ) | 11 U.S.C. 362 |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | HEARING DATE: **6-30-26 at 10:00 AM** |
| | ) | |
| CHARLES E. GRANDA, JR. | ) | |
| KIRSTEN AIMEE GRANDA | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | | |

**PRAECIPE WITHDRAWING GM FINANCIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw GM Financial's Motion For Relief From The Automatic Stay, filed on or about June 10, 2026, number 41 on the docket.

Date: 7/27/26

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial