**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Kirsten and Charles Granda** | : | **Chapter 13** |
| | : | |
| | : | **Case No. 24-10467 (PMM)** |
| | : | |
| **Debtors.** | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. # 41, "the Motion") and the Response thereto (doc. #43);

**AND,** the parties having reported the Motion settled;

**AND,** the Court having an entered an Order (doc. # 45) directing the parties to file a stipulation **on or before July 30, 2026** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1) The Motion is **DENIED**; and

2) The entrance of this Order precludes any further action with regard to the Motion.

Patricia M. Mayer

**Date: 8/24/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**