Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Charles E. Granda, Jr.
Kirsten Aimee Granda
308 Chestnut Street
Pen Argyl, PA 18072

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-10467-PMM**

Petition Filed Date: 02/12/2024
341 Hearing Date: 04/23/2024
Confirmation Date: 10/31/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2025 | $310.00 | | 08/28/2025 | $310.00 | | 09/11/2025 | $310.00 | |
| 09/25/2025 | $310.00 | | 10/13/2025 | $310.00 | | 10/23/2025 | $310.00 | |
| 11/06/2025 | $310.00 | | 12/08/2025 | $621.00 | | 01/06/2026 | $621.00 | |
| 02/04/2026 | $621.00 | | 03/24/2026 | $100.00 | | 03/31/2026 | $650.00 | |
| 05/05/2026 | $650.00 | | 06/09/2026 | $630.00 | | 07/07/2026 | $640.00 | |

**Total Receipts for the Period: $6,703.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $19,478.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,738.00 | $2,738.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES »» 001 | Secured Creditors | $357.43 | $357.43 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $2,888.84 | $611.19 | $2,277.65 |
| 3 | US DEPARTMENT OF EDUCATION »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $843.06 | $178.36 | $664.70 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $1,268.08 | $268.29 | $999.79 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $499.00 | $105.57 | $393.43 |
| 7 | ACHIEVE PERSONAL LOANS »» 007 | Unsecured Creditors | $8,363.79 | $1,769.57 | $6,594.22 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $1,580.38 | $334.36 | $1,246.02 |
| 9 | NATIONSTAR MORTGAGE LLC DBA MR COOPER »» 009 | Mortgage Arrears | $10,234.19 | $10,234.19 | $0.00 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,602.80 | $339.10 | $1,263.70 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $742.72 | $157.14 | $585.58 |

**Chapter 13 Case No. 24-10467-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $452.38 | $95.70 | $356.68 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $721.70 | $152.68 | $569.02 |
| 14 | KEYSTONE COLLECTIONS GROUP<br>»» 014 | Unsecured Creditors | $2,588.06 | $547.56 | $2,040.50 |
| 15 | FIRST COMMONWEALTH FCU | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CCS/FIRST NATIONAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MERRICK BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | OLLO/CWS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB/JCPENNY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | SYNCB/PPC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCB/WALMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | TD BANK/TARGET CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | WEBBANK/FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,478.00 | Current Monthly Payment: | $621.00 |
| Paid to Claims: | $17,889.14 | Arrearages: | $682.00 |
| Paid to Trustee: | $1,588.86 | Total Plan Base: | $38,790.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.